ORIGINAL

FILED

03/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0307

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0307

FILED

MAR 2 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

DENNIS J. HOBBS,

     Petitioner and Appellant,

v.

STATE OF MONTANA,

     Respondent and Appellee.

O R D E R

Appellant has filed a third motion for a 120-day extension of time to file his opening brief in the above referenced matter.

IT IS HEREBY ORDERED that the motion for extension is DENIED. Appellant has until April 8, 2021, within which to file his opening brief.

If the brief is not filed by the above date this matter will be dismissed.

DATED this 23rd day of March, 2021.

For the Court,

By _____
         Chief Justice